KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PANLASIGUE, | CASE NO: 5:17-cv-06677-EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST FOR TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; APPLE INC. LTD & LIFE WAIVER OF PREMIUM PLANS, | DATE:            March 1, 2018 |
| Defendants. | TIME            10:00 a.m. |
| | COURTROOM:      4 |

Good cause appearing, IT IS HEREBY ORDERED that counsel for Plaintiff Robert Panlasigue may appear at the Case Management Conference on March 1, 2018 by telephone according to instructions this Court will provide.

**IT IS SO ORDERED.**

DATED:  February 20, 2018

_____
HON. EDWARD J. DAVILA

Counsel shall arrange for telephonic appearance through Court Call.

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST FOR TO
APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE